IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA MURPHY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HAYT, HAYT & LANDAU, LLC,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 20-5119 |

## ORDER

**AND NOW**, this 1st day of December 2021, upon consideration of Plaintiff's November 30, 2021 letter stating that this case has been resolved, **IT IS HEREBY ORDERED AND DECREED** that:

1. This matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2); and

2. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**